# United States District Court
Northern District of Texas

Karen Mitchell  
Clerk of Court

Fort Worth Division

October 1, 2024

Tom Vandergriff Civil Courts Bldg.  
3rd Floor  
100 North Calhoun Street  
Fort Worth, TX 76196

RE: 4:24-cv-00760-O

    Style:   Chandra v. GDM Leasing, Inc. et al

Dear Clerk:

    Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the   17th District Court of Tarrant County, TX   , 017-352178-24 along with a copy of the docket sheet.

    If you have any questions regarding this matter, I may be reached at 817-850-6600 .

Sincerely,  
Karen Mitchell, Clerk

By: SRE  
      Deputy Clerk

Enclosure   Certified copy of docket sheet and Order to Remand

cc:   Counsel of Record  
     Case file (public entry)